# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DARISBELL PAOLA QUINTERO MORILLO, | § § § | |
| Petitioner, | § § | |
| v. | § | CASE NO. 3:26-CV-1027-E-BK |
| | § | |
| THOMAS BERGAMI, Warden Prairieland Detention Center, et al., | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). Doc. 7. Because the Motion requests Petitioner's release from custody, it improperly seeks the ultimate relief sought in the pending Petition for Writ of Habeas Corpus ("Petition"). Doc. 1; *see Lackey v. Stinnie*, 604 U.S. 192, 200 (2025) (preliminary relief should "not conclusively resolve legal disputes"). *See also Torres Perez v. Warden*, No. 3:26-CV-858-E-BK, 2026 WL 776039, at *1 (N.D. Tex. Mar. 19, 2026) (denying request for temporary restraining order and preliminary injunction because court could not render ultimate relief sought in the habeas petition—whether ICE can detain petitioner (citing *Ramirez v. Noem*, 6:25-CV-035-H, at *2 (N.D. Tex. Feb. 5, 2026) (Hendrix, J.)). Accordingly, the Court **DENIES** the Motion for Temporary Restraining Order and Preliminary Injunction.

SO ORDERED this April 7, 2026.

Ada Brown
UNITED STATES DISTRICT JUDGE